```
NANCY K. McCOMBS, SBN 163629
(nmccombs@aol.com) pd
LAW OFFICE OF NANCY K. McCOMBS
12 Geary Street, #201
San Francisco, CA 94108
Telephone: (415) 678-2626
Facsimile: (415) 399-4559

Attorney for Plaintiff
Naomi Rodriguez
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI RODRIGUEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>            Defendant | ) Case No.: 3:09-cv-02803-BZ<br>) STIPULATION EXTENDING TIME TO FILE<br>) MOTION FOR SUMMARY JUDGMENT OR<br>) REMAND AND [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>) |

The parties stipulate that plaintiff shall have an additional sixty days, to and including December 17, 2009, in which to move for summary judgment or remand.

//

//

//

//

| | | | |
|---|---|---|---|
| 1 | DATED: | 09/25/09 | By: *Nancy K. McCoombs* |
| 2 | | | Nancy K. McCoombs, Attorney for Plaintiff |
| 3 | | | |
| 4 | DATED: | 10/2/09 | By: *S. Bond* |
| 5 | | | Shea L. Bond, Attorney for Defendant |

IT IS ~~SO ORDERED~~: that plaintiff file by November 17 or show cause for a further extension.

DATED: 10/9/2009            By: Bernard Zimmerman, Magistrate Judge

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA