UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI RODRIGUEZ, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | No. C09-2803 (BZ) <br><br> **ORDER TO SHOW CAUSE** |

By Order dated October 9, 2009 plaintiff's motion for summary judgment was due by November 17, 2009. Plaintiff has not filed a motion as of the date of this order. **IT IS ORDERED** that plaintiff show cause in writing by **DECEMBER 16, 2009** why this case should not be dismissed for lack of prosecution.

Dated: December 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RODRIGUEZ V. ASTRUE\ORDER TO SHOW CAUSE.wpd

1