NANCY K. McCOMBS, SBN 163629
(nmccombs@aol.com) pd
LAW OFFICE OF NANCY K. McCOMBS
12 Geary Street, #201
San Francisco, CA 94108
Telephone: (415) 678-2626
Facsimile: (415) 399-4559

Attorney for Plaintiff
Naomi Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant | Case No.: 3:09-cv-02803-BZ<br>STIPULATION EXTENDING TIME TO FILE<br>MOTION FOR SUMMARY JUDGMENT OR<br>REMAND AND [PROPOSED] ORDER |

The parties stipulate that plaintiff shall have an additional sixty days, to and including December 17, 2009, in which to move for summary judgment or remand.

//

//

//

//

| | | | |
|---|---|---|---|
| 1 | DATED: | 09/25/09 | By: *Nancy K. McCombs* |
| 2 | | | Nancy K. McCombs, Attorney for Plaintiff |
| 3 | | | |
| 4 | DATED: | 12/17/09 | By: *Shea L. Bond* |
| 5 | | | Shea L. Bond, Attorney for Defendant |

7  IT IS SO ORDERED.

8  DATED: _____  By: _____
                               Bernard Zimmerman,
                               Magistrate Judge

**DENIED**
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 12/21/2009