UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAOMI RODRIGUEZ, | ) | |
| Plaintiff(s), | ) | No. C09-2803 (BZ) |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | **ORDER FOR DISMISSAL** |
| Defendant(s). | ) | |

On December 7, 2009, I ordered plaintiff to show cause in writing by December 16, 2009 why this case should not be dismissed for lack of prosecution, no timely summary judgment motion having been filed. Plaintiff never responded to the Order to Show Cause. Instead, on December 21, 2009 she tendered a stipulation which she had executed in September asking for an extension of time to December 17, 2009 in which to file. That stipulation was denied that same day. No motion has been filed.

**IT IS THEREFORE ORDERED** that this case will be dismissed

1

for lack of prosecution unless plaintiff files a motion for summary judgment by January 15, 2010.

Dated: January 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RODRIGUEZ V. ASTRUE\ORDER FOR DISMISSAL.wpd