UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>Defendant. | No. C09-2803 BZ<br><br>**ORDER FOR REASSIGNMENT** |

In view of my Report and Recommendation to Dismiss dated January 27, 2010, the clerk shall **REASSIGN** this case immediately to a United States District Court Judge.

Dated: January 27, 2010

　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\RODRIGUEZ V. ASTRUE\REASSIGNMENT.ORD.wpd

1