1
2         UNITED STATES DISTRICT COURT
3       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4              OAKLAND DIVISION
5

| | |
|---|---|
| NAOMI RODRIGUEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | Case No: C 09-02803 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Cross-Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: September 27, 2010                           _____
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge